HARRIS L. COHEN, A PROF. CORP.
HARRIS L. COHEN, ESQ., State Bar # 119600
5305 Andasol Ave.  e mail hcohen00@aol.com
Encino, CA 91316
tel (818) 905-5599
fax (818) 905-5660


Attorney for Defendant
DM Residential Fund II, LLC, Strategic Acquisitions,
Inc., Strategic Realty, Inc. BDR, Inc. Jon Buxer, Morris
Sade and Colleen Riojas


UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA GERTRUDIZ NOVOA-ALFARO, <br><br> PLAINTIFF, <br> v. <br> ARGENT MORTGAGE COMPANY, LLC., a Delaware LLC, PROGRESSIVE FINANCIAL, a California Corp, TOWN AND COUNTRY TITLE SERVICES, INC., a California Corporation, AMERICAN HOME MORTGAGE SERVICING INC., a Delaware Corp., GMAC MORTGAGE, LLC, a Delaware LLC, ACC CAPITAL HOLDINGS, a Delaware Corp., CITI RESIDENTIAL LENDING, a Delaware Corp., HILLWOOD ESCROW INCORPORATED, a California Corp., FIDELITY NATIONAL TITLE COMPANY, a California Corp, DM RESIDENTIAL FUND II LLC, a Delaware LLC, PARTNERS CAPITAL SOLUTIONS FUND LP, a Del. LP, CITIGROUP, a business entity form unknown, CR TITLE SERVICES, DEFAULT RESOLUTION NETWORK, INC., a business entity form unknown, BDR, INC. A Calif. Corp., STRATEGIC ACQUISITIONS REALTY, A Calif. corp., STRATEGIC REALTY, A Calif. corp., Jon Buxer, an indiv., | Case No. 1:10-bk-10102-VK <br><br> Honorable Victoria S. Kaufman <br><br> CHAPTER 7 <br><br> Adv. No. 10-1236-VK <br><br> **NOTICE OF CHANGED HEARING DATE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DM RESIDENTIAL FUND II, LLC, STRATEGIC ACQUISITIONS, INC., STRATEGIC REALTY, INC., BDR, INC., JON BUXER, MORRIS SADE AND COLLEEN RIOJAS** <br><br> **NEW DATE:** <br> Date: March 16, 2011 <br> Time: 2:30 p.m. <br> Courtroom 301 <br><br> **OLD DATE:** <br> Date: February 3, 2011 <br> Time: 3:00 p.m. <br> Courtroom: 301 |

1

DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE ON MOTION TO DISMISS
SECOND AMENDED COMPLAINT

| | |
|---|---|
| Colleen Riojas, an indiv., Morris Sade, an indiv., AMERICAN AUCTIONEERS GROUP, INC., a Calif., corp. and all Persons Unknown, Claim in Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud On Plaintiff's Title Thereto; and DOES 1 through 100, inclusive<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO MARGARITA GERTRUDIZ NOVOA-ALFARO:**

    **PLEASE TAKE NOTICE** that defendants DM Residential Fund II, LLC, Strategic Acquisitions, Inc., Strategic Realty, Inc., Jon Buxer, Morris Sade, Colleen Riojas, and BDR, Inc.'s motion to dismiss the second amended complaint originally set for hearing on February 3, 2011 will now be heard on **March 16, 2011 at 2:30 p.m. in Courtroom 301.**


Dated: January 13, 2011             HARRIS L. COHEN, A PROF. CORP

                                        By: _____
                                             Harris L. Cohen, Esq.
                                  Attorney for DM Residential Fund II, LLC, Strategic
                                  Acquisitions, Inc., Strategic Realty, Inc. BDR, Inc. Jon Buxer,
                                  Morris Sade and Colleen Riojas

DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE ON MOTION TO DISMISS
SECOND AMENDED COMPLAINT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5305 ANDASOL AVE., ENCINO, CA 91316

The foregoing document described as **NOTICE OF CHANGED HEARING DATE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DM RESIDENTIAL FUND II, LLC, STRATEGIC ACQUISITIONS, INC., STRATEGIC REALTY, INC., BDR, INC., JON BUXER, MORRIS SADE AND COLLEEN RIOJAS** will be served or was served in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/13/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Justin D Balser**   justin.balser@akerman.com, toni.domres@akerman.com;kristine.elliott@akerman.com;victoria.edwards@akerman.com;elizabeth.streible@akerman.com
- **Harris L Cohen**   hcohen00@aol.com
- **Victoria Edwards**   victoria.edwards@akerman.com, toni.domres@akerman.com;kristine.elliott@akerman.com;elizabeth.streible@akerman.com
- **Elizabeth (SV) F Rojas (TR)**   cacb_ecf_sv@ch13wla.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 1/13/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

Margarita Gertrudiz Novoa-Alfaro
15701 Lassen St
North Hills, CA 91343

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/13/11 | HARRIS L. COHEN | /s/ |
|---|---|---|
| Date | Type Name | Signature |

3

DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE ON MOTION TO DISMISS
SECOND AMENDED COMPLAINT